UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY HAGOPIAN, <br><br> Plaintiff(s), <br><br> v. <br><br> BOB FERGUSON, et al., <br><br> Defendant(s). | CASE NO. C24-2057-KKE <br><br> ORDER GRANTING JOINT MOTION TO STAY |

The parties jointly request a stay of proceedings in this matter, while awaiting resolution of a related case pending in the Court of Appeals for the Ninth Circuit, *Flaxman v. Ferguson*, No. 24-919. Dkt. No. 13. The Court agrees that the Ninth Circuit's ruling in that case may simplify this litigation, and that a stay of proceedings here while awaiting that ruling would promote judicial economy.

Therefore, the Court GRANTS the parties' motion to stay (Dkt. No. 13). All deadlines previously set are vacated and this matter is STAYED. The parties shall file a joint status report within 14 days of the Ninth Circuit's disposition of *Flaxman v. Ferguson* to request that the Court lift the stay.

Dated this 22nd day of January, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT MOTION TO STAY - 1