1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ABRAHAM FLAXMAN, et al.,

             Plaintiff(s),

   v.

NICHOLAS W. BROWN, et al.,

             Defendant(s).

CASE NO. C23-1581-KKE

ORDER GRANTING STIPULATED
MOTION TO CONSOLIDATE

14
15
16
17

      Plaintiffs filed a contested motion to consolidate this case with *Hagopian v. Ferguson*, Case No. C24-2057-KKE, on October 17, 2025, and the parties filed a stipulated motion to consolidate on October 31, 2025.  Dkt. Nos. 39, 40.  Finding that consolidation of these related matters serves judicial economy, the Court GRANTS the stipulated motion.  Dkt. No. 40.

18
19
20
21

      The two related cases are hereby consolidated for all purposes, including trial, under Case No. C23-1581-KKE.  The parties shall hereafter file documents only in Case No. C23-1581-KKE, and the Clerk is DIRECTED to administratively close Case No. C24-2057-KKE.  The Clerk is also directed to TERMINATE the pending contested motion to consolidate.  Dkt. No. 39.

22
23
24

      Plaintiffs shall file a consolidated amended complaint no later than November 18, 2025. Defendants shall respond to the amended complaint within 60 days of the filing of the consolidated

amended complaint.   Any motion to stay or limit discovery shall be filed with Defendants'

responsive pleading.

Dated this 3rd day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE - 2